IN THE UNITED STATES FEDERAL DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

**FILED**
MAR 1 3 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| BEVERLY WINKELMAN and OTIS WINKELMAN<br>Plaintiffs, | )<br>)<br>)<br>)<br>) Case No  08 C 5 0 0 4 0 |
| HARTIG DRUG COMPANY, an Iowa corporation,<br>Defendants | )<br>)<br>)<br>) |

### JURY DEMAND

BEVERLY WINKELMAN and OTIS WINKELMAN by and through their attorney, Scott A. Berndtson of Berndtson & Associates, PC, hereby makes a demand that their cause of action be heard by a jury of their peers.

_Scott A. Berndtson_

Scott A. Berndtson,
Attorney for Plaintiffs Beverly Winkelman
And Otis Winkelman.

Scott A. Berndtson, PC
Scott A. Berndtson
956 Creekside Circle
Naperville, IL 60563
(o)630-637-8505
(f)630-637-8517
ARDC # 6195525