# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**
BEVERLY WINKELMAN AND OTIS WINKELMAN

**DEFENDANTS**
HARTIG DRUG COMPANY

**(b)** County of Residence of First Listed Plaintiff JO DAVIESS
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

08-50040

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Scott A. Berndtson 956 Creekside Cir. Naperville, IL 60563  630-637-8505

FILED
MAR 13 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)
- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question
- [X] 4 Diversity

**III. CITIZENSHIP OF PRINCIPAL PARTIES**
- Citizen of This State [X]1 PTF [ ]1 DEF
- Citizen of Another State [ ]2 [X]2
- Incorporated or Principal Place [ ]4, [X]4
- Incorporated and Principal Place [ ]5 [X]5

**IV. NATURE OF SUIT**
[X] 360 Other Personal Inj.

**V. ORIGIN**
[X] 1 Original Proceeding

**VI. CAUSE OF ACTION**
PHARMACEUTICAL MALPRACTICE — DEFENDANT PROVIDED INCORRECT MEDICATION.

**VIII. REQUESTED IN COMPLAINT:** JURY DEMAND: [X] Yes [ ] No

**IX.** [X] is not a refiling of a previously dismissed action.

DATE 3-13-08   SIGNATURE OF ATTORNEY OF RECORD Scott A. Berndtson