U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

08-50040

In the Matter of                                    Case Number:

BEVERLY WINKELMAN AND OTIS WINKELMAN v. HARTTER DRUG COMPANY

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

BEVERLY WINKELMAN AND OTIS WINKELMAN

| NAME (Type or print) |
| --- |
| SCOTT A. BERNOTSON |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Scott A. Bernotson |
| FIRM |
| BERNOTSON & ASSOC., PC |
| STREET ADDRESS |
| 956 CREEKSIDE CIR. |
| CITY/STATE/ZIP |
| NAPERVILLE, IL 60563 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6195525 | 630-637-8505 / 815-777-6565 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐

FILED
MAR 13 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT