IN THE UNITED STATES FEDERAL DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| BEVERLY WINKELMAN and OTIS WINKELMAN, ) | | |
| *Plaintiff,* ) | | |
| vs. ) | No. | 08 C 50040 |
| HARTIG DRUG COMPANY, an Iowa corporation, ) | | Judge Kapala |
| *Defendant.* ) | | |

## MOTION FOR ENLARGEMENT OF TIME
## TO FILE RESPONSE PLEADING

Defendant, HARTIG DRUG COMPANY, by its attorneys, LINDSAY, RAPPAPORT & POSTEL, LLC, and pursuant to Fed. R. Civ. P. 6(b), moves this Court for an enlargement of time to file its responsive pleading to the Plaintiff's Complaint at Law.

The undersigned counsel received the complaint and summons in this matter on March 19, 2008. The undersigned counsel needs additional time to investigate this matter and prepare a proper responsive pleading. Defendant does not anticipate any objections from Plaintiff's attorney to this enlargement of time. Defendant requests that the time to respond to the Plaintiff's Complaint at Law be enlarged to April 11, 2008.

**WHEREFORE,** Defendant, HARTIG DRUG COMPANY requests that this Court enlarge the time for Defendant to file its responsive pleading or motion to the Plaintiff's Complaint at Law to and including April 11, 2008, and grant such other and further and further relief as the Court deems just.

s/ Stuart N. Rappaport
Stuart N. Rappaport
Attorney for Defendant

Lindsay, Rappaport & Postel, LLC
221 N. West Street
Waukegan, IL 60085
Tel: 847 244-4140
Fax: 847 244-4203