IN THE UNITED STATES FEDERAL DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

BEVERLY WINKELMAN and OTIS WINKELMAN, )
              *Plaintiff,* )
    vs. )  No. 08 C 50040
HARTIG DRUG COMPANY, an Iowa corporation, )    Judge Mahoney
              *Defendant.* )

## AMENDED NOTICE OF MOTION

TO: Scott A. Berndtson
   Scott A. Berndtson, P.C.
   956 Creekside Circle
   Naperville, IL  60563

   On March 28, 2008, at 1:30 p.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Michael Mahoney, or any judge sitting in his stead, in the courtroom usually occupied by him in the District Court, 211 S. Court Street, Rockford, Illinois, and will then and there present the Motion for Enlargement of Time to File Responsive Pleading.

               By: s/ Stuart N. Rappaport
                 Stuart N. Rappaport (#06198875)
                 Attorney for Defendant

Lindsay, Rappaport & Postel, LLC
221 N. West Street
Waukegan, IL  60085
847/244-4140

## CERTIFICATE OF SERVICE

   I hereby certify that on March 24, 2008, I electronically filed the Notice of Motion for Enlargement of Time to File Responsive Pleading with the Clerk of the Court using the ECF system which sent notification of such filing to Filing Users in this matter.

                 s/ Carol L. Vela