**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Western Division**

Beverly Winkelman, et al.
                              Plaintiff,

v.                                              Case No.: 3:08−cv−50040
                                                Honorable Frederick J. Kapala

Hartig Drug Company
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, March 28, 2008:

    MINUTE entry before Judge Honorable P. Michael Mahoney: Defendant's Motion for extension of time [7] is granted. Response to complaint due by 4/11/2008. Parties to hold Rule 26 Meeting. Case management order due by 4/15/2008. Initial Pretrial Conference set for 4/16/2008 at 01:30 PM. Mailed notice(glg, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.