**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Western Division**

Beverly Winkelman, et al.
                              Plaintiff,

v.                                                   Case No.: 3:08−cv−50040
                                                     Honorable Frederick J. Kapala

Hartig Drug Company
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, April 16, 2008:

      MINUTE entry before Judge Honorable P. Michael Mahoney:Initial Pretrial conference held on 4/16/2008. Case management order approved. FRCP 26(a)(1) disclosure due 5/16/08. FRCP 26(a)(2) reserved. Amended Pleadings due by 9/19/2008. Fact Discovery ordered closed by 9/19/2008. Dispositive Motions due by 10/20/2008. Discovery Hearing to set ADR set for 8/6/2008 at 01:30 PM.(glg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.