IN THE UNITED STATES FEDERAL DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

BEVERLY WINKELMAN and OTIS WINKELMAN, )
                                        Plaintiff, )
vs. ) No.  08 C 50040
HARTIG DRUG COMPANY, an Iowa corporation, ) Judge Kapala
                                        Defendant. )

## AGREED MOTION FOR RELEASE OF RECORDS IN ACCORDANCE WITH HIPAA

Defendant, HARTIG DRUG COMPANY, by its attorneys, Lindsay, Rappaport & Postel, LLC, pursuant to the agreement of the parties, for its Motion for Release of Records in Accordance with Health Insurance Portability and Accountability Act of 1996 ("HIPAA"), states as follows:

1. Plaintiff has filed a Complaint seeking damages for personal injury including injuries to her mental health.

2. The physical condition, mental health condition, personal health information, medical, pharmacy, and similar records of Plaintiff are an issue in this case, and the parties will need to obtain such records from various health care providers throughout the court of the litigation.

3. HIPAA requires signed authorizations for the release of records previously obtained solely by subpoena.

4. Counsel for Defendant requests this Honorable Court to enter a HIPAA Qulaified Protective Order (proposed order submitted with this motion) which is more expedient than continually requesting Plaintiff's counsel to obtain authorizations executed by Plaintiff.

5.   HIPAA and the implementing regulations contemplate the entry of a Qualified Protective Order to aid in discovery in lawsuit where a person has placed his or her physical and or mental condition at issue.

6.   The parties agree that they will not use or disclose the medical records for any purpose other than the litigation or proceeding for which the information is requested and the parties will destroy the medical records at the end of the litigation.

WHEREFORE, the Defendant, HARTIG DRUG COMPANY, prays this Honorable Court enter the proposed HIPPA Qualified Protective Order allowing subpoena to issue and records to be released by Plaintiff's insurers, medical care providers, and employers without the necessity of additional authorizations.

Lindsay, Rappaport & Postel, LLC

By _____
Stuart N. Rappaport
Attorney for Defendant

Lindsay, Rappaport & Postel, LLC
221 N. West Street
Waukegan, IL  60085
Tel:  847/244-4140
Fax:  847/244-4203