IN THE UNITED STATES FEDERAL DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | | |
|---|---|---|---|
| BEVERLY WINKELMAN and OTIS WINKELMAN, | ) | | |
| *Plaintiff,* | ) | | |
| vs. | ) | No. | 08 C 50040 |
| HARTIG DRUG COMPANY, an Iowa corporation, | ) | | Judge Kapala |
| *Defendant.* | ) | | |

## NOTICE OF MOTION

TO:   Scott A. Berndtson
　　　Scott A. Berndtson, P.C.
　　　956 Creekside Circle
　　　Naperville, IL  60563

　　　On August 27, 2008 at 1:30 p.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Mahoney, or any judge sitting in his stead, in Courtroom 206, at 211 S. Court St., Rockford, Illinois, and will then and there present the attached motion to compel, a copy which is attached hereto and hereby served upon you.

　　　　　　　　　　　　　　　　　　　　　　　　Lindsay, Rappaport & Postel, LLC


　　　　　　　　　　　　　　　　　　　By_____
　　　　　　　　　　　　　　　　　　　　Stuart N. Rappaport
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant

Lindsay, Rappaport & Postel, LLC
221 N. West Street
Waukegan, IL  60085
Tel:  847/244-4140
Fax:  847/244-4203

## CERTIFICATE OF SERVICE

　　　I hereby certify that on August 22, 2008, I electronically filed the motion to compel with the Clerk of the Court using the ECF system which sent notification of such filing to Filing Users in this matter.

　　　　　　　　　　　　　　　　　　　　　　　　s/ Carol Vela_____