# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Western Division

Beverly Winkelman, et al.
                    Plaintiff,

v.                                           Case No.: 3:08−cv−50040
                                             Honorable Frederick J. Kapala

Hartig Drug Company
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 27, 2008:

   MINUTE entry before the Honorable P. Michael Mahoney: Based upon representation of counsel, Defendant's Motion to compel [18] is withdrawn without prejudice. Response to outstanding discovery due 9/3/08. Mailed notice(glg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.